

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00035-CR

John Gabriel **SANCHEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10432
The Honorable Jefferson Moore, Judge Presiding

## O R D E R

This court's order dated May 26, 2016, is WITHDRAWN.

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On May 19, 2016, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 321 (Tex. Crim. App. 2014). Appellant's motion to access the record is GRANTED. The clerk of this court is instructed to send a paper copy of the clerk's record and reporter's record for this appeal to appellant with this order.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date of this order. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court